UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO. 3:10-00283
                                  )          JUDGE CAMPBELL
DONSHAY L. FALLS                  )

## ORDER

The sentencing hearing in this case is set for September 28, 2012, at 1:00 p.m. The Defendant

shall remain in Federal custody pending further order of the District Judge. The Defendant shall

attend all Court hearings in this case.

All motions for a departure or pursuant to United States v. Booker, 125 S.Ct. 738 (2005)

must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the

parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors,"

containing only unresolved objections to the Presentence Report. If the parties have no objections

to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties

shall also serve a copy of their "Position" on the Probation Office upon its filing.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE